IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARY FOLEY, *on behalf of herself*
*and all others similarly situated*,
      Plaintiff,

v.                                          Civil Action No. 3:21-cv-239

MARY WASHINGTON HEALTHCARE
SERVICES, INC. d/b/a ODC RECOVERY
SERVICES,
      Defendant.

## ORDER

This matter comes before the Court on a motion to dismiss from Mary Washington

Healthcare Services, Inc. (ECF No. 8.) For the reasons stated in the accompanying Opinion, the

Court DENIES the motion.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: _28 Jul 2021_
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge