**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| MARY FOLEY, *on behalf of herself and all others similarly situated*, ) ) ) | |
| ) | CIVIL NO. 3:21-cv-00239-JAG |
| Plaintiff, ) ) | |
| ) | **NOTICE OF SETTLEMENT** |
| v. ) ) | |
| MARY WASHINGTON HEALTHCARE SERVICES, INC. d/b/a ODC RECOVERY SERVICES, ) ) ) ) | |
| Defendant. ) ) | |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: November 19, 2021.

                                        Respectfully submitted,

                                        s/ James E. Bowman, II
                                        James E. Bowman, II (VSB No. 72752)
                                        P.O. Box 2081
                                        Ashland, VA 23005
                                        Telephone: (804) 977-2753
                                        Facsimile: (866) 317-2674
                                        jbowman@ThompsonConsumerLaw.com
                                        Lead Counsel for Plaintiff

                                        Co-counsel with:
                                        Thompson Consumer Law Group, PC
                                        11445 E Via Linda, Ste. 2 #492
                                        Scottsdale, AZ 85259

tclg@ThompsonConsumerLaw.com

## CERTIFICATE OF SERVICE

I certify that on November 19, 2021, I filed the foregoing document with the Court using CM/ECF, which will send notification of such filing to all counsel of record.

 s/ James E. Bowman, II  
James E. Bowman, II