IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARY FOLEY, *on behalf of herself
and all others similarly situated*,
    Plaintiff,

v.

Civil Action No. 3:21-cv-239

MARY WASHINGTON HEALTHCARE
SERVICES, INC. d/b/a ODC RECOVERY
SERVICES,
    Defendant.

## FINAL ORDER

On December 10, 2021, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 28.) The Court acknowledges this voluntary dismissal with prejudice and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>13 December 2021</u>
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge